UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 FEB 28 AM 11: 33

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALONZO BARBOUR,<br><br>Defendant. | CASE NO.<br><br>JUDGE Watson<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about June 7, 2022, in the Southern District of Ohio, the defendant, **ROBERT ALONZO BARBOUR**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit: a Springfield Armory, XDE, 9mm handgun, bearing serial number HE932839, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **ROBERT ALONZO BARBOUR**, shall forfeit to the United States, in accordance

with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Springfield Armory, XDE, 9mm handgun, bearing serial number HE932839; and
- All associated ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**ELIZABETH GERAGHTY (0072275)**
Assistant United States Attorney
**JOSEPH GIBSON (0084587)**
Special Assistant United States Attorney